```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 07990
    JOHN C LEWANDOWSKI
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-5996


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/07/2005 and was confirmed 05/04/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  94.35% from remaining funds.

     The case was paid in full 03/07/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
CHRYSLER FINANCIAL         SECURED           290.00         5.07         290.00
ILLINOIS DEPT OF REVENUE   NOTICE ONLY    NOT FILED          .00            .00
INTERNAL REVENUE SERVICE   NOTICE ONLY    NOT FILED          .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         1322.26          .00        1322.26
ABC DISTRIBUTING           UNSECURED      NOT FILED          .00            .00
ACCOUNTS RECIEVABLE SERV   NOTICE ONLY    NOT FILED          .00            .00
ARMOR SYSTEMS CORP         UNSECURED      NOT FILED          .00            .00
BAY AREA CREDIT SERVICE    NOTICE ONLY    NOT FILED          .00            .00
CHARTER ONE MORTGAGE       UNSECURED      NOT FILED          .00            .00
CINGULAR WIRELESS          UNSECURED OTH    632.55           .00         596.83
CITGO                      UNSECURED      NOT FILED          .00            .00
RESURGENT ACQUISITION LL   UNSECURED        803.58           .00         758.15
JEFFERSON CAPITAL SYSTEM   UNSECURED        633.31           .00         597.51
INTERNAL REVENUE SERVICE   UNSECURED        418.86           .00         395.18
T-MOBILE BANKRUPTCY        UNSECURED        466.59           .00         440.21
FORD MOTOR CREDIT          UNSECURED       3241.85           .00        3058.59
NCO FINANCIAL SYSTEMS      UNSECURED      NOT FILED          .00            .00
COLLECTION CO OF AMERICA   NOTICE ONLY    NOT FILED          .00            .00
COLLECTION COMPANY OF AM   UNSECURED      NOT FILED          .00            .00
DISH NETWORK               UNSECURED      NOT FILED          .00            .00
ENCORE RECEIVABLES         UNSECURED      NOT FILED          .00            .00
HOLIDAY NETWORK            UNSECURED      NOT FILED          .00            .00
EVANSTON NORTH SUB NEONA   UNSECURED      NOT FILED          .00            .00
EXPRESS GOLD CARD          UNSECURED      NOT FILED          .00            .00
HARVARD COLLECTION SERVI   UNSECURED      NOT FILED          .00            .00
HBLC INC                   NOTICE ONLY    NOT FILED          .00            .00
HOUSEHOLD  BANK            UNSECURED      NOT FILED          .00            .00
I C COLLECTION SERVICE     NOTICE ONLY    NOT FILED          .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED      NOT FILED          .00            .00
NATIONAL ASSET MANAGEMEN   NOTICE ONLY    NOT FILED          .00            .00
OSI COLLECTION SERVICES    NOTICE ONLY    NOT FILED          .00            .00
PROVIDIAN                  UNSECURED      NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 07990 JOHN C LEWANDOWSKI
```

```
THOREK HOSPITAL & MEDICA  UNSECURED       NOT FILED                 .00              .00
THOREK ANESTHESIOLOGY     UNSECURED       NOT FILED                 .00              .00
US SPRINT                 UNSECURED       NOT FILED                 .00              .00
CINGULAR WIRELESS         UNSECURED          100.00                 .00            94.35
ILLINOIS DEPT OF REVENUE  UNSECURED           77.80                 .00            73.40
ILLINOIS DEPT OF REVENUE  PRIORITY            239.39                .00           239.39
LORRAINE GREENBERG & ASS  DEBTOR ATTY       2,494.00                            2,494.00
TOM VAUGHN                TRUSTEE                                                 615.06
DEBTOR REFUND             REFUND                                                     .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                10,980.00

PRIORITY                                         1,561.65
SECURED                                            290.00
    INTEREST                                         5.07
UNSECURED                                        6,014.22
ADMINISTRATIVE                                   2,494.00
TRUSTEE COMPENSATION                               615.06
DEBTOR REFUND                                         .00
                      ---------------       ---------------
TOTALS                 10,980.00                10,980.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 06/26/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 05 B 07990 JOHN C LEWANDOWSKI